# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OMAHA COLD STORAGE TERMINALS, INC., | ) ) ) | |
| Plaintiff, | ) ) | 8:03CV445 |
| vs. | ) ) | ORDER |
| THE HARTFORD INSURANCE COMPANY, | ) ) ) ) | |
| Defendant and Third Party Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| FISCO, INC. | ) ) | |
| Third Party Defendant and Fourth Party Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| STRUCTURAL SYSTEMS DESIGN, INC., | ) ) | |
| Fourth Party Defendant. | ) | |

This matter is before the court on Fisco, Inc.'s Motion to Amend Reply to Fourth Party Defendant's Answer and Cross Claim (Filing No. 50). Fisco, Inc. attached a copy of the proposed pleading to the motion. **See** Filing No. 50, Exhibit 1. On April 7, 2005, the court entered a Final Progression Order stating that "[a]ny party may amend its answer in this matter on or before April 15, 2005." **See** Filing No. 47. Fisco, Inc. filed its motion to amend on April 14, 2005. No other party opposes the motion. Accordingly,

**IT IS ORDERED:**

1. Fisco, Inc.'s Motion to Amend Reply to Fourth Party Defendant's Answer and Cross Claim (Filing No. 50) is granted.

2. Fisco, Inc. shall have to **on or before May 13, 2005**, to file its proposed amended reply.

DATED this 3rd day of May, 2005.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge
