IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OMAHA COLD STORAGE TERMINALS, INC., | ) | Case No. 8:03-CV-445 |
| Plaintiff, | ) | |
| vs. | ) | |
| THE HARTFORD INSURANCE COMPANY, | ) | **ORDER** |
| Defendant, | ) | |
| vs. | ) | |
| FISCO, INC., | ) | |
| Third-Party Defendant/ Fourth-Party Plaintiff. | ) | |
| vs. | ) | |
| STRUCTURAL SYSTEMS DESIGN, INC., | ) | |
| Fourth-Party Defendant. | ) | |

      THIS MATTER came before this Court upon Fourth-Party Defendant's Motion for Extension of Brief Date (Filing No. 60) to respond to Third-Party Defendant/Fourth-Party Plaintiff's (Fisco, Inc.) Motion for Partial Summary Judgment (Filing 57). The Court finds that the motion should be granted and that Fourth-Party Defendant ("SSDI") should be granted extension of its Brief due date until September 14, 2005.

      IT IS THEREFORE ORDERED that Fourth-Party Defendant's Motion for Extension of Brief (Filing No. 60 ) is granted. Said brief shall be due on or before September 14, 2005.

      DATED: September 6, 2005.

                                                  BY THE COURT:

                                                    s/ Joseph F. Bataillon
                                                    United States District Judge