IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **OMAHA COLD STORAGE TERMINALS, INC.,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **THE HARTFORD INSURANCE COMPANY,** ) <br> ) <br> **Defendant and** ) <br> **Third Party Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **FISCO, INC.** ) <br> ) <br> **Third Party Defendant and** ) <br> **Fourth Party Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **STRUCTURAL SYSTEMS DESIGN, INC.,** ) <br> ) <br> **Fourth Party Defendant.** ) | **8:03CV445** <br><br> **ORDER** |

Upon the oral request of counsel for The Hartford Insurance Company and with said counsel's representation that no other party objects to the request, the **pretrial conference** previously scheduled for September 15, 2006, at 9:00 a.m. is hereby **rescheduled to September 29, 2006, at 10:00 a.m.**

DATED this 6th day of January, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge