

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OMAHA COLD STORAGE TERMINALS, INC., | CASE NO. 8:03CV445 |
| Plaintiff, | |
| vs. | |
| THE HARTFORD INSURANCE COMPANY, | ORDER OF DISMISSAL WITH PREJUDICE |
| Defendant and Third-Party Plaintiff, | |
| vs. | |
| FISCO, INC., | |
| Third-Party Defendant/Plaintiff, | |
| vs. | |
| STRUCTURAL SYSTEMS DESIGN, INC., | |
| Fourth-Party Defendants. | |

This matter came before the Court upon the parties' Stipulation for Dismissal with Prejudice. The Court being fully advised in the matter finds that the above-entitled action, including the third-party and fourth-party action, as well as all counterclaims/cross-complaints, should be dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-captioned matter, including the third-party and fourth-party action, as well as all counterclaims/cross-complaints, be and the same is hereby dismissed with prejudice, each party to pay their own costs (including all attorney fees), attorneys' docket fee waived, as the result of a global settlement entered into by and between all parties hereto.

DATED this _8_ day of _August_, 2006.

BY THE COURT:

_____
District Court Judge